UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mang Yang, | Case No. 19-cv-0740 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, Ramsey County, and Ramsey County Jail, | |
| Defendants. | |

---

This matter is before the Court on the September 24, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Katherine Menendez. (Dkt. 5.) The R&R recommends dismissing Plaintiff Mang Yang's complaint without prejudice for failure to prosecute, Fed. R. Civ. P. 41(b), including Yang's failure to pay the initial partial filing fee as required under 28 U.S.C. § 1915(b). Objections to the R&R have not been filed in the time period permitted.

In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully performed this review, the Court finds no clear error and adopts the R&R.

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The September 24, 2019 R&R, (Dkt. 5), is **ADOPTED**.

2. Plaintiff Mang Yang's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 23, 2019                             s/Wilhelmina M. Wright
                                                           Wilhelmina M. Wright
                                                           United States District Judge